AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael Anthony Kealty<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>23- 440M |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 7, 2023__ in the county of __Kent__ in the
_____ District of __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B) | Distribution and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Susan Ambridge Paris
*Complainant's signature*

Susan Ambridge Paris, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: October 13, 2023 2:50 p.m.

*Judge's signature*

City and state: Wilmington, DE

Hon. Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 23- |
| | : | |
| MICHAEL ANTHONY KEALTY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Susan Ambridge Paris, a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the FBI and have been since June of 2016. I am currently assigned to the Maryland Child Exploitation and Human Trafficking Task Force in the Baltimore Division of the FBI and have been assigned investigations concerning sexual exploitation of children and child pornography. During my employment with the FBI, I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. In addition, I have also received training regarding the use of the Internet and digital communications as they pertain to federal investigations. I have participated in the execution of numerous search warrants, some of which have involved child exploitation offenses. Many of the search warrants resulted in the seizure of computers, cell phones and/or "smart phones," magnetic storage media for computers, other electronic media, and other items

1

evidencing violations of federal laws.  I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to child exploitation and/or child pornography.  In the course of my employment, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2.    As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3.    In this Affidavit, I set forth facts sufficient to show that there is probable cause to believe that on or about August 7, 2023, Michael Anthony Kealty ("KEALTY") committed violations of Title 18 United States Code, Sections 2252(a)(2) and (a)(4)(B) (Distribution and Possession of Child Sexual Abuse Material).  Child Sexual Abuse Material will be referred to herein as "CSAM," and is also known as child pornography.

## OVERVIEW OF SNAPCHAT

4.    Snapchat is owned by Snap, Inc.  Snapchat is a messaging application for mobile devices.  The application provides a way to share moments with photos, videos, and text.  Some of the features of Snapchat are "Snaps," "Stories," "Memories," and "Chat."  Snaps are when a user takes a photo or video using their mobile device in real-time and selects which of their friends to send the message to.  Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender, and after the message is opened in the case of the recipient.)  Users can save a photo or video locally to their device or to Memories, which is Snapchat's cloud-storage service.

5. A user can add photo or video Snaps to their "Story." Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchat users or just the user's friends for up to 24 hours. Stories can also be saved in Memories.

6. The Memories feature is Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. A user can also edit and send Snaps and create Stories from these Memories. Snaps, Stories, and other photos and videos saved in Memories are backed up by Snapchat and may remain in Memories until deleted by the user.

7. A user can also type messages, send photos, videos, audio notes, and video notes to friends within the Snapchat application using the Chat feature. A user sends a Chat message to a friend and once it is viewed by both parties and both parties swipe away from the Chat screen, the message will be cleared. Within the Snapchat application itself, a user can opt to save part of the Chat by tapping on the message that the user wants to keep. The user can clear the message by tapping it again.

## STATEMENT OF PROBABLE CAUSE

8. The National Center for Missing and Exploited Children ("NCMEC") receives complaints via their CyberTipline from Internet and Electronic Service Providers. The CyberTipline is the nation's centralized reporting system for the online exploitation of children. The public and electronic service providers can make reports of suspected online enticement of children for sexual acts, child sexual molestation, child sexual abuse material, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading words or digital images on the internet. These CyberTip reports are reviewed by a NCMEC analyst and forwarded to law enforcement for further investigation.

9. On or about September 18, 2023, the FBI received a CyberTip report from the NCMEC. According to the report, on or about August 7, 2023, Snapchat reported to the NCMEC that one of their users, "jasonkyle221," was in possession of an image deemed to be CSAM. The image was viewed by Snapchat and categorized as an "A1" image. An A1 image is defined as a prepubescent minor engaging in a sex act. I viewed the image and observed that it depicts a clothed, prepubescent female performing oral sex on an adult male. The girl's face is clearly visible and thus I was able to recognize the girl as a known victim of CSAM offenses.[1]

10. In the report, Snapchat provided various identifiers for user "jasonkyle221," including a date of birth of June 21, 1989[2], an e-mail address of jasonkyle221@ymail.com,[3] and, importantly, the IP address associated with the account/suspect transaction: 73.134.155.30. On September 19, 2023, I sent an emergency request to Comcast for the subscriber information associated with the IP address provided by Snapchat. Comcast responded the same day and provided that the IP address is subscribed to "Michael Kealty" at his residential address,[4] with the phone number (302) 632-3912. The Snapchat account was disabled shortly after the image was flagged.

11. Publicly available internet searches identified, and subsequent investigation confirmed, Michael Anthony Kealty as a Corporal Detective with the Smyrna Police Department and a United States Air Force Reserves Staff Sergeant.

12. On September 22, 2023, the FBI executed search warrants for KEALTY'S person,

---

[1] The victim is part of what is referred to as a "known series" of produced CSAM. She is not a minor KEALTY currently has access to.

[2] This is different from KEALTY'S actual date of birth, which is ▇▇▇▇▇▇▇, 1989.

[3] Subscriber information for this account simply provides that the account is subscribed to a "Jason Kyle."

[4] Known from his Delaware driver's license.

4

premises, and vehicles.[5] The FBI seized KEALTY'S devices for further review. KEALTY also spoke briefly with agents before invoking his right to an attorney. In doing so, he confirmed his phone number (the one in the CyberTip) and confirmed that his home internet network is password protected, and that he and his wife are the only people who have the password. KEALTY stated some of his family and friends may have access to his home internet network but could not name any specific individuals.

13. I also obtained a search warrant for the "jasonkyle221" Snapchat account.[6] Snapchat responded on or about October 5, 2023. In terms of identification, in the account are various selfies of the user. The individual in these selfies appears to be KEALTY. The returns also indicate what devices accessed the account, and it lists two iPhones: an iPhone 14 and iPhone 12. KEALTY'S personal phone is an iPhone 14 and his work phone is an iPhone 12.

14. In terms of content, I confirmed the presence in the account of the CSAM file that was the basis for the CyberTip ("CSAM Image 1"). Additionally, I observed an exchange between KEALTY and another user wherein KEALTY sent a CSAM image to said user ("CSAM Image 2"). The image depicts a prepubescent female lying face down across a male's lap. The girl is completely nude, except for American flag socks on her feet. The male, who is also nude, is spreading the girl's vagina open with his fingers. In sending the picture, **KEALTY asks the user, "You good with these kinds pics,"** to which the user replies, "What you think. We into the same shit," to which **KEALTY says, "Haha just making sure."** This exchange took place on August 7, 2023.

15. In addition to those images, the Snapchat account contains various conversations

---

[5] Case Nos. 23-405 through 409M. KEALTY has been on suspension from the Smyrna Police Department since execution of the warrants.

[6] Case No. 23-413M.

between KEALTY and other users where KEALTY expresses his sexual interest in 14–16-year-old girls. One example is below, in a conversation with a Snapchat user between October and November 2022:

> **Jasonkyle221: Weird question How yng is too yng for you? Like how young are you into?**
> **Kisan_Patel:** I mean the youngest I've fucked is 17 and I was 24
> **Kisan_Patel:** Why what about you?
> **Kisan_Patel:** I wouldn't judge
> **Kisan_Patel:** Do you have a younger kink? I'm so interested in this
> **Jasonkyle221:** Yes I do. And I'm working a high school football game as OT was going to see if ya wanted me to try and sneak ya some pics lol
> **Jasonkyle221:** Won't be nothing crazy but maybe some cute asses
> **Jasonkyle221: I def have a ynger kink. Prob like 14**
> **Kisan_Patel:** Yes please!
> **Kisan_Patel:** Fuck have you ever had a slutty highschool girl
> **Kisan_Patel:** Or perved or touched on one?
> **Jasonkyle221:** No. I 100% flirt these girls are such flirts and I'm not an ugly dude and not too old so I def think I could get a few but it's so so so risky!!! I would fucking destroy some teen ass!!
> **Kisan_Patel:** God I'd love to do that too
> **Jasonkyle221:** Imma bad person I know it.
> **Kisan_Patel:** I sometimes go to the Asian massage parlors and try to get some womanly touch
> **Kisan_Patel:** I don't think you're a bad person I just think you are a sexual person and that's okay because I am too
> **Jasonkyle221: Hahahaha yea just feel like a bad person cause they are yng. But I can't help it!! So tiny and tight!! Fresh wet pussy!! Briken open with my big hard cock!**

16. The Snapchat account also shows that KEALTY engaged in conversations with various minor girls. One example of a conversation with a 16-year-old is below. It took place from April 2021 to October 2021. The below are snippets from the conversation, not the full conversation:

> **Jasonkyle221:** Haha yea. Luke is what we call a bi-cuck.... you have any idea what that is? **How old are you?**
> **Minor 1:** Yeah he told me all about that. **I'm 16**
> **Jasonkyle221: Oh wow, you're a yng one**.... usually when girls are your age.... they aren't always up for the "weird" stuff lol

6

**Minor 1:** Wdym?
**Jasonkyle221:** Would you be down with having him watch me fuck you while he is in the corner of the room jerking his little cock
**Minor 1:** Idk
**Jasonkyle221:** Wel [sic] guess first time for everything.... or you're an innocent one lol
**Minor 1:** Yeah I'm innocent
**Jasonkyle221:** Never done anything?
**Minor 1:** Basically
**[The conversation continues.]**
**Jasonkyle221:** Well you can for sure. Now show off that teen body and help me cum
**Minor 1:** I don't know.
**Jasonkyle221:** Just try it
**Jasonkyle221:** I know I'll like it

**[The conversation continues.]**

**Jasonkyle221:** Well I'm nit [sic] trying to be rude.... but I'm kinda horny.... and wanna JO, snd [sic] you are nit [sic] into that stuff, which is fine!! So I don't wanna be annoying and shit to ya.
**Minor 1:** Your not annoying. I'm not into that cuz I don't really know you
**Jasonkyle221:** Well I mean.... that's what makes it most fun.... not knowing each other... we have our fun and go separate ways
**[The conversation continues.]**
**Jasonkyle221:** Didn't like the pic
**Minor 1:** It's not that
**Jasonkyle221:** Just try if ya don't like it we will stop
**Minor 1:** I'm just not comfortable with my body my self [sic] let alone showing someone else
**Jasonkyl221:** Then show me some pics of friends or your sister or someone since you don't want me to cum to pics of you like I want to

**[The conversation continues.]**

**Minor 1: I'm a virgin**
**Jasonkyle221: Mmmm where you live I'll come change thst [sic]**
**Minor 1:** Hmmmm I don't know
**Jasonkyle221:** You'd enjoy it¦. I'm telling ya!
**Jasonkyle221: Why don't ya go take me a sexy pic inside real quick get my cum moving for your cute teen body**
**Minor 1:** I'm busy tho
**Jasonkyle221:** Just real quick! Then we can chat more later

7

**Minor 1:** I don't know. I got three minutes and I don't even know what to do
**Jasonkyke221:** Just take your shirt off and show off those perky teen tits for me. And give me a cute smile
**Jasonkyle221:** Just like your story pic just showing me that cute body

[The conversation continues.]

**Jasonkyle221:** Your virgin? So you prob are so tight
**Minor 1:** Maybe idek
**Jasonkyle221:** Well let's see!! **Spread those legs and show off that tight little pussy. I would stretch it out with my cock**
**Minor 1:** I'm busy
**Jasonkyle221**: Ohhh damn!!! Well I appreciate you showing off like you did!! You ever suck a cock?
**Minor 1:** No
**Jasonkyle221:** You want to? Where ya from
**Minor 1:** Idek and Ohio
**Jasonkyle221:** Where in Ohio I'm close
**Minor 1:** I go between areas
**Jasonkyle221:** Ohh ok close to PA
**Jasonkyle221:** ?
**Minor 1:** I'm more toward cincy
**Jasonkyle221:** Ohh ok gotcha
**Minor 1:** Yea
**Jasonkyle221:** Would ya want meet?
**Minor 1:** I don't know
**Jasonkyle221: Well I'd like to experience you!! And your virgin holes**

[The conversation continues.]

**Jasonkyle221:** What kinda panties you have on

[The conversation continues.]

**Jasonkyle221: That's ok just take them off totally daddy wants you to bend over fit [sic] him**
**Minor 1:** I bet daddy does
**Jasonkyle221:** Mmmm keep making me happy! **Be daddy's little slut**
**Minor 1:** Anything for you daddy
**Jasonkyle221: Mmm good girl if you need to make it a vid go ahead**

[The conversation continues.]

**Jasonkyle221:** You going to make daddy that vid
**Minor 1:** I can't my dad is up
**Jasonkyle221:** Damn!!! Well spread your legs daddy wants to see that tight pussy!! Then you can go to sleep ok
**Minor 1:** Ok

**[The conversation continues.]**

**Jasonkyle221:** Good girl
**Jasonkyle221:** Mmmm perfect!!!!
**Jasonkyle221:** You're so ducking right
**Jasonkyle221:** Tight
**Jasonkyle221:** You ever have anything inside you?
**Minor 1:** Nope
**Jasonkyle221:** Even your fingers??
**Minor 1:** Nope never
**Jasonkyle221:** I know you have to go to bed but maybe tomorrow you finger that virgin hole for daddy to watch
**Minor 1:** Yes tomorrow
**Jasonkyle221:** Mmmm perfect!! **Good job tonight. You're being a great little slut for daddy**
**Minor 1:** Thank you daddy
**Jasonkyle221:** You don't tell anyone right?
**Minor 1:** No ofc night between you and me
**Jasonkyle221:** Good girl keep it that way night

17. Lastly, in his various conversations, KEALTY makes comments indicating that he "loves" rape and uses racist and vulgar language to refer to adult and minor girls. Just a few examples are below:

   a. In a conversation with spamspam9426, KEALTY says "Just wasn't sure, I have a few black cucks who like being degraded and told how imma fuck their sexy ni**er[7] sluts like my ancestors did back in the good ole days!!"

   b. In a conversation with danny_many2020, KEALTY says "I'd rape that slutty ni**er like my ancestors did in NC back when America was great."

   c. In a conversation with slavage15, KEALTY says "Cute sp*c[8] is going to be a white

---

[7] KEALTY utilized the full word. I have sanitized it for purposes of this affidavit.

[8] Same as above.

9

Mans whore" and "Mmm keep showing them yng sp*c sluts to this white bull!!!"

18.  In summary, there is probable cause to believe KEALTY engaged in the distribution and possession of child pornography. First, there is probable cause to believe "jasonkyle221" is KEALTY. The IP address for the Snapchat activity that led to the CyberTip (CSAM Image 1) is registered to KEALTY at his address and phone number. Additionally, selfies contained in the Snapchat account depict KEALTY. Lastly, the two iPhones used to access the Snapchat account are a match to KEALTY'S two phones.

19.  Second, there is probable cause to believe the two images contained in the account—one of them sent to another user by KEALTY, CSAM Image 2—constitute CSAM based on the descriptions provided above.

20.  Third, KEALTY'S conversations display explicit sexual interest in minors, indicating his knowledge as to the nature of the material he possessed and distributed.

## CONCLUSION

21.  Based on the facts set forth herein, there is probable cause to believe KEALTY violated Title 18, United States Code, Sections 2252(a)(2) and (a)(4)(B); that is, that he distributed and possessed child pornography. I therefore respectfully request the court issue a complaint against KEALTY for the alleged offenses.

                                                            */s/ Susan Ambridge Paris*
                                                            Susan Ambridge Paris
                                                            Special Agent
                                                            Federal Bureau of Investigation

Sworn to me over the telephone and signed by me pursuant to
Fed. R. Crim. P. 4.1 on this  13th   day of October, 2023.

_____
HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE