IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 23-CR-440-UNA |
| MICHAEL A. KEALTY, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE**
**PRETRIAL DETENTION HEARING AND PRELIMINARY HEARING**

**COMES NOW,** Defendant Michael A. Kealty, by and through his attorney, John S. Malik, and respectfully requests that the Pretrial Detention Hearing and Preliminary Hearing before the Honorable Sherry R. Fallon presently scheduled for Thursday, October 19, 2023 at 1:00 P.M., be continued to a future date; and, that any time from the date of the filing of this motion to the commencement of the Pretrial Detention Hearing and Preliminary Hearing be excluded under the Speedy Trial Act and the Bail Reform Act.

1. Defendant Michael A. Kealty seeks a continuance of his Pretrial Detention Hearing and Prelininary Hearing currently scheduled for October 19, 2023 since it has been determined that additional preparations are necessary before Defendant Kealty appears at these Hearings.

2. This motion is being made for the benefit of Defendant Kealty and to promote the interests of justice.

4. Brianna Knox, Esquire, the Assistant United States Attorney assigned to prosecute this case, graciously has advised that the government does not oppose this continuance motion.

**WHEREFORE,** Defendant Michael A. Kealty respectfully requests that this Honorable Court grant his unopposed Motion to Continue Pretrial Detention Hearing and Preliminary Hearing.

          Respectfully submitted,

          /s/ John S. Malik
          JOHN S. MALIK
          100 East 14th Street
          Wilmington, Delaware 19801
          302-427-2247
          Attorney for Defendant,
          Michael A. Kealty

Dated:  October 18, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 23-CR-440-UNA |
| MICHAEL A. KEALTY, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, TO WIT,** this _____ day of October, A.D., 2023, the Unopposed Motion to Continue Pretrial Detention Hearing and Preliminary Hearing having been duly heard and considered and good cause having been shown,

**IT IS SO ORDERED:**

1. That the Pretrial Detention Hearing and Preliminary Hearing scheduled for Thursday, October 19, 2023 is continued to a future date to be scheduled by the Court; and,

2. That any time from the date of the filing of Defendant Kealty's Motion to Continue Pretrial Detention Hearing and Preliminary Hearing will be excluded under the Speedy Trial Act and the Bail Reform Act and in the interests of justice.

_____
THE HONORABLE SHERRY R. FALLON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 23-CR-440-UNA |
| | : | |
| MICHAEL A. KEALTY, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, John S. Malik, attorney for Defendant Michael A. Kealty do hereby certify that on this 18th day of October, A.D., 2023, I have had the attached Unopposed Motion to Continue Pretrial Detention Hearing and Preliminary Hearing served electronically upon the individual listed below at the following address:

        Brianna Knox, Esquire
        Assistant United States Attorney
        United States Attorney's Office
        1313 North Market Street, Suite 400
        Wilmington, Delaware 19801

        /s/ John S. Malik
        JOHN S. MALIK
        100 East 14th Street
        Wilmington, Delaware 19801
        (302) 427-2247
        Attorney for Defendant,
        Michael A. Kealty