**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 23-CR-440-UNA |
| | : | |
| MICHAEL A. KEALTY, | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION FOR PRE-TRIAL RELEASE</u>**

**COMES NOW,** Defendant Michael A. Kealty by and through his attorney, John

S. Malik, and respectfully requests that this Honorable Court grant Defendant Kealty Pre-

Trial Release subject to conditions based upon the following grounds:

1.      Defendant Michael A. Kealty has been held in federal custody since his

arrest on October 16, 2016 on the charges of Distribution and Possession of Child

Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B).

2.      Following Mr. Kealty's arrest, the government filed a motion for for pretrial

detention and a subsequent memorandum in support of pretrial detention.

3.      Defendant Kealty asserts that there exists sufficient evidence to rebut any

presumption that he is a flight risk and that there are no a combination of conditions of

pretrial release that this Honorable Court may order that will ensure his appearance at

subsequent court dates as well as the safety of the community.

4.      Specifically, Defendant Kealty requests that the Court consider the

following:

a.      That Mr. Kealty is thirty three (33) years of age.  He is a life-long Delaware resident.  Prior to his incarceration, he was a resident of Magnolia, Delaware most recently residing at 66 Gloria Circle, Magnolia, Delaware with his wife, Ms. Katherine Kealty, and his six month old son, Anthony Kealty.  Before his incarceration, Mr. Kealty had been employed by the Smyrna Police Department as a law enforcement officer since March of 2017 and held the rank of Corporal earning $75,000.00 per year. Upon graduation from the Delaware State Police Academy, Mr. Kealty was honored with the Attorney General's Office Award for Legal Excellence.  Mr. Kealty also was an active member of the United States Air Force Reserves where he served as an Explosives Ordinance Disposal Specialist since 2016.  Prior to enlisting with the United States Air Force Reserves, he served four years in the United States Army from 2012 to 2016 and had achieved the rank of E4 at the time of his honorable discharge from the United States Army.

b.      Mr. Kealty has no prior criminal record.

c.      That if granted pretrial release, Mr. Kealty and his wife and son would return to reside with his parents at 106 Wildflower Circle West, Magnolia, Delaware that would be subject to prior approval of the Court and United States Probation Office at which he could be monitored.  See 18 U.S.C. § 3142(g)(3)(A).  Mr. Kealty's wife, Ms. Katherine Kealty, has advised that she would agree to act as a third party custodian for Mr. Kealty if he were granted pretrial release.

d.      That if granted pretrial release, Mr. Kealty would surrender his passport to the Clerk of the United States District Court for the District of Delaware.

e.      That Defendant Kealty's release would present no potential harm to the community into which he is released since there are a combination of conditions that

[2]

would enable the United States Probation Office to monitor his activities and whereabouts at all times such as:

      i.     Pretrial supervision by the United States Probation Office;

      ii.     House arrest with GPS monitoring with the exception of any employment approved by the Court or pre-approved meetings with his legal counsel;

      iii.     Observance of any curfew established by the Court;

      iv.     Having his wife, Ms. Katherine Kealty, act as his third party custodians;

      v.     Imposition of a no contact order with anyone under 18 years of age with the exception of his six month old son, Anthony Kealty;

      vi.     No access to the Internet or any computer device, iPad, computer tablet, iPhone, cell phone, or any other device that could connect to the Internet; and,

      vii.     Mandatory counseling through the Veterans Administration Hospital with an appropriate mental health counselor.

5.     Letters of character reference have been submitted on behalf of Mr. Kealty family members and friends, copies of which are attached hereto as Exhbit "A".  These letters portray Mr. Kealty as a loving and good son and father who is hardowrking and always has provided for his family.  It is requested that the Court take these letters into consideration before ruling on Mr. Kealty's Motion for Pretrial Release.  Specifially, letters have been submitted by the following persons:

-     Ms. Katherine Kealty – wife

-     Mrs. Regina Kealty – mother

[3]

- Mr. Michael J. Kealty – father

- Ms. Cynthia Cook – sister

- Mr. Christopher Kealty – brother

- Mr. Christopher Kealty – brother

- Ms. Margaret Barbine – aunt

- Mr. Jack and Ms. Valentina Crozier – friends

- Mr. Joseph C. and Ms. Arlene J. Hock- family friends

- Mr. Victor J. Rosica, Jr. – friend

- Mr. Dennis Desilet – friend and Delaware Probation Officer

6.     Defendant Kealty asserts that the following conditions of pretrial release could be imposed by this Court to negate any risk of flight and ensure the safety of the community:

a.     That Defendant Kealty be subject to house arrest at a residence pre-approved by the Court and the United States Probation Office and be subject to electronic monitoring via an ankle bracelet and/or GPS monitoring and/or monitoring by an approved third party custodian.  See 18 U.S.C. § 3142(c)(1)(B)(i).

b.     That Defendant Kealty abide by any restricitons on personal associations, places of abode, or travel.  See 18 U.S.C. § 3142(c)(1)(B)(iv).

c.     That Defendant Kealty avoid contact with any potential witness who may testify for the government concerning the alleged offenses.  See 18 U.S.C. § 3142(c)(1)(B)(v).

[4]

     d.     That Defendant Kealty be required to report on a regular basis to the Office of Pretrial Services of the United States Probation Office for the District of Delaware.  See 18 U.S.C. § 3142(c)(1)(B)(vi).

     e.     That Defendant Kealty only be permitted to leave his residence for meetings with his attorney, a pretrial Services Officer, or for employment if house arrest is imposed as a condition of his release.  See 18 U.S.C. § 3142(c)(1)(B)(iv).

     f.     That Defendant Kealty be required to comply with any curfew imposed by the Court.  See 18 U.S.C. § 3142(c)(1)(B)(vii).

     g.     That Defendant Kealty refrain from possessing any firearms or dangerous weapons.  See 18 U.S.C. § 3142(c)(1)(B)(viii).

     h.     That Defendant Kealty refrain from the use of alcohol and/or any controlled substance not prescribed by a licensed medical practitioner.  See 18 U.S.C. § 3142(c)(1)(B)(ix).

     i.     That Defendant Kealty abide by any other condition of pretrial release that this Court deems reasonably necessary to assure his appearance as required at future court dates and the safety of the community.  See 18 U.S.C.  3142(c)(1)(B)(xiv).

     7.     Defendant Kealty submits that he would strictly abide by and follow any and all conditions that this Court may impose as a condition of his pretrial release.

**WHEREFORE,** Defendant Kealty respectfully requests that this Honorable Court enter an Order granting his pretrial release subject to the conditions listed above.

Respectfully submitted,

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
 Attorney for Defendant,
  Michael A. Kealty

Dated:  October 25, 2023

# Exhibit "A"

Katherine Kealty
66 Gloria Circle
Magnolia, DE 19962

October 16, 2023

Re: Michael A. Kealty

To: The Honorable Sherry R. Fallon

I have been married to Michael Kealty since June 2017, but together since 2013. I understand the seriousness of the charges against him, however, it is my hope that the courts can show leniency.

Mike and I met in 2012 while he was serving in the United States Army. He was stationed at Fort Bliss in Texas, while I remained in Delaware and we had a long distance relationship for several years. He was devoted to the Army and enjoyed his career as an EOD Technician; however, he chose to leave his career in order to move back to Delaware to be with me. He joined the Air Force Reserves at Dover as an EOD Technician so he could continue to serve his country and do a job he loved. Mike is a selfless person who has dedicated his life to service.

After leaving Active Duty and moving back home to Delaware, Mike joined the Smyrna Police Department because he truly enjoys serving his community and taking care of others. I have never met a more selfless, honorable, and dedicated person in my life. I say this not only because he is my husband, but because of the tremendous acts of kindness dozens of people can attest to.

Mike is an amazing friend, husband, and now, father. In April, we welcomed home our son, Anthony Christopher and Mike has been nothing short of an amazing father during the last six months. He has remained the glue holding this family together despite these recent events. Mike has always been the security and reassurance that I needed in life and continues to be an honorable and caring man.

I understand these are serious charges, but I ask that you consider all the good Mike has done in the military, for the town of Smyrna, and for my family. Despite the current situation, I still believe Mike is an honest man, valuable member of his community, and a good person. It is my belief as his wife and partner of over ten years that Mike would benefit greatly from a rehabilitation program. What he needs is a supportive team of doctors and specialists trained to deal with these types of cases. Mike is not a violent person and I think with the proper medical attention he can return to being a valuable member in his community and the amazing father I know he is.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing for Mike, myself, and our son Anthony.

Sincerely,

Katherine Kealty

Regina A. Kealty
106 Wildflower Circle W
Magnolia DE 19962
302 632-3761

16th October 2023

Dear Honorable Sherry R. Fallon,

I'm Michael's mother, he is not only my son but he is the one I turn to for support and advice. My son is my life.

My son Michael has made a mistake but this is just a moment in his life. While growing up he loved watching Walker Texas Ranger, in fact my dad would videotape them for him. Chuck Norris was what he wanted to be when he grew up. Michael was taught to get what you want took effort. While in school he was on the honor roll and played sports. He loved to hunt, fish, go hiking and snowboarding. He was taught to be respectful and compassionate with others, he was also taught to have faith. While Michael was in college he lived with my parents and sister. He was very close with my Dad. In fact one time my dad became very ill and needed to be hospitalized, he was going to have a very serious procedure the next day and Michael stayed at the hospital through the night so he wouldn't be alone. After two years of college Michael decided he wanted to go into the army as an EOD Tech. While in boot camp he took the Guardian roll for his platoon, his nickname was Dad. He gave up his Easter phone call to us because a fellow soldier was having a rough time being away from his family. He even gave some of his fellow soldiers the letters I wrote him because they didn't get mail. On graduation day one of his Sargents  encouraged him to go to officers training.

Michael met his wife Katherine while stationed at Fort Bliss in Texas. He got out of the army and went into the Airforce Reserves as an EOD Tech. They got married while he was in the Academy to become a Police Officer for the Smyrna Police Department.

Michael has been attending church daily and has asked his lawyer to help him see an appropriate doctor for his mental illness.

Michael is a son, brother, uncle, husband and father. He has always taken those titles very seriously. These allegations aren't the only part of my son's life story. As a mother it's very hard to sum up my son's life story, there are so many good things to tell you about in his 34 years of life. I would like to have been there today in person but I am a home daycare provider, I needed

to be home to allow my daughter in law to be present. Thank you for your consideration.

Sincerely,

Regina A. Kealty

Michael J. Kealty
106 Wildflower Circle W
Magnolia DE 19962
302 632-2698
Mkealty@yahoo.com

16th October 2023

Dear Honorable Sherry R. Fallon

I am Michael's father,  I am writing this letter to explain who Michael A. Kealty is in hopes that you will please consider the life that Michael led and not just the incidents that he now faces. Michael was an honor student through all grades of school to include elementary, middle and high school. He was an avid sports player and outdoorsman. He attended the University of Delaware for two years in the Criminal Justice program where he maintained a high GPA. He then decided that he wanted to serve his country and enlisted in the U.S. Army as an Explosive Ordnance Disposal Technician. The schooling was very tough but his determination allowed him to successfully complete the course. He honorably served four years stationed at Fort Bliss Texas. Upon discharge Michael joined the U.S. Air Force as a EOD Technician and has earned the rank of E-6 Technical Sergeant. While serving he deployed to the Middle East in support of the Global War on Terrorism. Michael also pursued his dream of becoming a Police Officer. He performed admirably and received many awards. He worked his way to Detective for the Smyrna Police Department. I am trying to explain that Michael has always been a team player. He put Country and Community above self.

Personally Michael has always been more than a son, he has been like a best friend. The memories I have with him are of the real person I know and love. Michael is also a husband to his wife Katherine and a very loving father to his six month old son Anthony.

Mental illness is very difficult to diagnose and I believe that this is what he is suffering from. I pray that these thoughts that I have tried to convey will help you understand that he is really a good person who has made bad decisions and with proper Professional help he can and will be a valuable member of society again. Thank you for your consideration.

Sincerely,

Michael J. Kealty

October 16, 2023

Dear Honorable Sherry R. Fallon,

My name is Cynthia Cook.  Michael Kealty is my brother.  My brother has been in the military for about 12 years and has deployed to the middle east.  He has been a Smyrna Police officer for about 6 years.  He is an Explosives Ordinance Disposal technician and has always been involved in memorial services.  He has served his country and his community for many years.  He has put his country and community above the needs of his family countless times.

He is the godfather to my daughter and has been very supportive to our family, when we have been in need.  He is involved in my children's lives and keeps their happiness and wellness in the forefront of his mind.

Please consider my brother's overall character and don't judge him solely based on the allegations against him.  I don't believe he has hurt anyone and I don't believe he would ever do so.

Thank you for your consideration in this matter.

Sincerely,


Cynthia Cook

*Cynthia A Cook RN BSN*

Christopher A. Kealty
2590 Rachel Court
North Pole, AK, 99705

October 16, 2023

Re: Michael A. Kealty

To: The Honorable Sherry R. Fallon,

I have known my brother, Michael A. Kealty, my entire thirty-one years of life. I understand and
know him better than anyone in the world. I understand the seriousness of the charges brought
against him but I hope the court will listen to my words as I describe my brother's true character.

Michael is two years older than I am and has always been a brother that has looked out for me.
We are truly one in the same person, in our thoughts and mannerism. We grew up as many
brothers do, rivals as youths but that rivalry faded and the bonds of brotherhood have been
unbreakable ever since. Even now as we are over 5000 miles apart, we have stayed close and
take time every year to join our families together. Michael is an incredible person; he is
dedicated honorable and hard working. He has spent his entire life in the service of others. He
served in the United States Army, The Air Force Reserves, and the Smyrna Police Department.
The amount of sweat blood and tears that Michael has poured into this country and his
community is incalculable.

Michael is an amazing brother, friend, husband to his wife and father to his son. He has always
worked so hard for his family to have a safe and comfortable life. He is one of the most genuine
and sincere people that I've ever met. He is kind, selfless, giving, and dedicated at everything he
does. I would not be who I am today without Michael.

I understand the charges he is facing are serious but I ask you to consider my brother
wholistically instead of for his mistakes. He can and will improve with the appropriate
professional assistance. I ask that you afford him this opportunity as someone who has given so
much for his community and country. I whole heartedly believe in his ability to improve and
return to being an outstanding and contributing member of society.


Sincerely,

Chirstopher Andrew Kealty

Lorrayne Kealty
2590 Rachel Court
North Pole, AK 99705

October 16, 2023

Re: Michael Anthony Kealty

To: The Honorable Sherry R. Fallon,

My name is Lorrayne Kealty, and I am Michael's sister-in-law. We met over ten years ago in the spring of 2013. I am aware of the charges against him and their severity, but I ask that you please consider my letter.

Michael comes from an incredible family, full of love, faith, and honor. He has been an older brother to me since my husband and I got married in 2015. Over the last several years we have become closer despite our geographical distance. Michael is a selfless leader who has dedicated his life to serving not only his community, but his country. He served in the Army as an EOD Technician, later transitioning to the Air Force Reserves. He made a career for himself as a detective for the Smyrna Police Department and served his community proudly.

Michael is selfless and caring. He has always taken care of those around him and been a role model to his friends and family. I know that I can call him whenever I need help and he'll drop everything to be there.

I recognize the severity of the charges, but ask that you consider Michael to be a valuable member of our society. A man, that needs professional and specialized therapeutic rehabilitation. I believe that Michael has outstanding rehabilitation potential and that with the support of his family, church, and this court he can return to being an upstanding member in his community.

Sincerely,

Lorrayne Kealty

October 23rd, 2023

Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
Wilmington Delaware

IN RE: Michael Kealty

Your Honor:

My name is Margaret Barbine and I am the maternal aunt of Michael Kealty.  I have known Michael since birth and have always been actively involved in my sister's family.  I am fully aware of the charges brought against him but wanted the Court to know something about the person I know.

I have always known Michael to be a kind, caring and giving person.  I guess the best example I can give is to tell you my mother & I were my father's main caretakers (her during the day and me after I came home from work). My father is his later years of life had many serious health issues. I remember when Michael was attending the University of Delaware he would come to our house in Kirkwood, Pennsylvania several days of the week after classes and many of those days stay over.  Michael would do his studies and then after he was done would stay up with my father and watch my father's favorite television shows that we still joke only "Poppop" would love.  Michael didn't realize this but just those couple of nights a week meant so much to my father and helped me and my mother.  There were several times when my father was hospitalized Michael would show up there even if it were just for a few minutes. This did not happen every time,  unfortunately he was hospitalized often but I was always impressed when I saw his face. My father was always taken to Lancaster General Hospital which is a distance away so I knew the effort he put in to showing up.  Unfortunately I have to say my own child did not do this even though he was taught better and was closer.

Michael has a supportive and close family and as a part of that family I can assure the Court that we will make sure Michael receives the treatment/therapy that he needs.  I thank the Court for taking the time and consideration in reading this letter.  I have included my contact information and please feel free to contact me if needed

Thank you,

Margaret Barbine
146 Stonegate Drive
Landenberg, Pa. 19350
margaretbarbine@aol.com
610-563-6959

October 23 2023
Jack and Valentina Crozier
104 Winfred  Drive
Felton DE. 19943
302-284-0611


Dear Honorable Sherry R. Fallon

I'm writing this letter on behalf of Michael Anthony Kealty.
When he was a little boy he and his brother and sister always came over to our house and
talked with us. They and their parents lived next door to us. When they came home from school
they would do their  homework and go outside and play and come over to our yard when we
came home from work and would greet us every day. If they saw me working in my garden or
Jack working on the house they would come over and help. You see we were unable to have
any children so we became their second grandma and grandpa.
When they moved into a new home they didn't forget about us they kept in contact. When my
husband went to the hospital with a very serious condition the entire family was there for me
and supported me with getting my Jack better. When Jack was being prepped to be moved into
the helicopter Michael came over to me to hold my hand and to hold me up because I thought I
was losing my Jack. We still have a closeness to the whole family to this day. If there is anything
I need help with I call them and they do everything they can for us.
Anytime we would see Michael out at the stores Michael would always take the time to talk to us
and tell us about him and his family. Even if Jack was waiting in the car Michael would take the
time to go out and talk with him too.
You see, I am Pilipino and Michael loves my egg rolls and I would call him and tell him I made
egg rolls  and he and his wife would come over and eat with us.
The Michael I know is a wonderful dependable man, he is a good father and a good husband to
his wife, he is a family man. Michael knows our door is always open for him and his family.


Thank you


Jack H. Crozier and Valentina B. Crozier

October 19, 2023

Honorable Sherry R. Fallon:

We are writing this letter to offer our strong recommendation for Michael A. Kealty. We have known him for his entire life. We have watched him grow up, and as with all people, mistakes are made.

We understand that Michael is currently facing legal challenges and we are aware of the gravity of the situation. We firmly believe in his potential for rehabilitation and growth. We have observed his determination, resilience and a willingness to learn from mistakes over the years.

Michael Kealty has shown remorse for his actions and has taken significant steps toward self-improvement. We are aware he is actively seeking counseling and therapy that will address the underlying issues contributing to his behavior.

We believe that Michael Kealty deserves a chance for redemption and rehabilitation. A prolonged sentence may hinder his progress and limit his potential to contribute positively to society. We kindly urge you to consider alternatives which will allow Michael Kealty to prove his remorsefulness and continue his path of self-improvement.

Thank you for your time and consideration. We genuinely believe in Michael Kealty's ability to learn from his mistakes and become a productive, law-abiding citizen.

Sincerely,

Joseph C. and Arlene J. Hock

40 Goldenrod Lane

Magnolia, DE 19962

302.242.8280

Victor J. Rosica Jr
48 S Stetson Ln
Camden DE, 19934

October 23, 2023

Re: Michael A. Kealty

To: The Honorable Sherry R. Fallon,

Mike and Gina have always worked hard to raise their children in a close-knit family environment. Gina started and ran a successful Home Day Care in the family home. Part of this career choice was so she could work while personally supervising their younger children. As a result of a strong family environment their three children, Mike, Cindy and Christopher all have had very successful careers.

I have known Michael A. Kealty his entire life. As a teenager he helped his father and I work on many do-it-yourself building projects on both of their first and current homes. Michael was shown from a very young age that he was expected to contribute and help with family home projects. He was a good worker and a quick learner.

I retired from Dover AFB in 2006 and started a small handyman and light construction business. Michael as a teenager worked with me on occasions when I had larger projects such as a deck or porch construction project. He, like his father, was trustworthy, hardworking, detail orientated. I have known Mike Kealty since childhood. Everything about him that I observed from a very young age was positive. His career choices both in the Military Service and as a Policeman were admirable. It is my hope that all the positive accomplishments that Mike Kealty has made in his life can be considered in this matter.

Sincerely,

Victor J. Rosica Jr

October 18, 2023


**MEMORANDUM FOR:**  The Honorable Sherry R. Fallon

**FROM:**  Dennis A. Desilet

**SUBJECT:**  Character Statement (Mr. Michael Kealty)


My name is Dennis Desilet, I am a 26.5-year veteran of the United States Air Force and a Senior Probation and Parole Officer II assigned to the Dover Probation Office Mental Health and Veterans Unit.  I am writing as private citizen to provide a character statement for Michael Kealty. I have known Michael since 2001 and have proudly watch him grow into confident, humble man with a sterling reputation as an Air Force reservist and law enforcement officer. In 2011, I was proud to write a letter of recommendation in support of his efforts to become a U.S. Army Warrant Officer.  I believed in Michael then and I believe in him now.  Sadly, 12-years later, along with his loving family and close friends, I am stunned to learn of his arrest and the shocking allegations of unfathomable misconduct. As I learned details of Mike's arrest from news and social media reports, I struggle to process how a friend I trust, and support can be accused of child exploitation crimes. The contradiction is staggering and inexplainable. My heart aches for the Kealty family as they endure this tumultuous season of uncertainty.  There are so many questions and few answers. However, as I seek clarity and understanding, I am reminded our system of justice is based on a core principle that someone accused of a crime is innocent until proven guilty. In the days and weeks ahead, I will continue to pray for Michael and his family because they have earned my faith and support.

DENNIS A. DESILET, CMSgt, USAF, Retired

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 23-CR-440-UNA: |
| MICHAEL A. KEALTY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, TO WIT,** this _____ day of October, A.D., 2023, Defendant Michael

A. Kealty's Motion for Pretrial Release having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant Michael A. Kealty is hereby placed on pretrial release subject to

the following conditions:

         a.     That Defendant Kealty be subject to house arrest and electronic monitoring via an ankle bracelet and/or GPS monitoring at a residence to be approved by the United States Probation Office.

         b.     That Defendant Kealty be required to report on a regular basis to the Office of Pretrial Services of the United States Probation Office for the District of Delaware in Wilmington.

         c.     That Defendant only be permitted to leave his approved residence for meetings with his attorney, a pretrial Services Officer, or for other purposes with the prior approval of the United States Probation Officer providing pretrial supervision.

_____

                                        J.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 23-CR-440-UNA |
| | : | |
| MICHAEL A. KEALTY, | : | |
| | : | |
| Defendant. | : | |

### <u>CERTIFICATE OF SERVICE</u>

I, John S. Malik, hereby certify that on this 26th day of October, A.D., 2023, I have

caused to be delivered a copy of Defendant Michael A. Kealty's Motion for Pretrial Release

to be served electronically to the following individual at the following address:

> Briana Knox, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> 1313 North Market Street, Suite 400
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
>  Attorney for Defendant,
>   Michael A. Kealty